**Order filed June 21, 2018**



## In The

# Eleventh Court of Appeals

_____

## No. 11-18-00100-CV

_____

## IN THE INTEREST OF J.W., A CHILD

**On Appeal from the 220th District Court**
**Comanche County, Texas**
**Trial Court Cause No. FM08817**

### O R D E R

In this accelerated parental-termination appeal, the mother's court-appointed trial counsel filed a notice of appeal on the mother's behalf. The trial court subsequently granted trial counsel's motion to withdraw and appointed Brittany Scaramucci to represent the mother in this appeal. Because Scaramucci has not filed a docketing statement or a brief, we abate the appeal.

On April 13, 2018, the clerk of this court directed Scaramucci to file a docketing statement on or before April 20, 2018. She did not. By letters dated April 23, April 24, May 7, May 16, and June 1, the clerk of this court notified her

that the docketing statement was past due. As of today, Scaramucci has not filed a docketing statement as requested.

Even more notable, however, is Scaramucci's failure to file an appellate brief. The brief was originally due on May 14, 2018. On May 16, we notified Scaramucci that Appellant's brief was past due and that the delay in filing the brief was a serious matter. On this court's own motion, we extended the deadline and directed Scaramucci to file the brief on or before May 29. Scaramucci did not comply with this court's directive. On June 1, we sent another letter to Scaramucci and again informed her that the inordinate delay in filing the brief was a serious matter. We directed Scaramucci "**to efile the brief in this cause on or before 5:00 p.m. on Monday, June 11, 2018**." Scaramucci again ignored this court's directive.

The Texas Supreme Court's opinion in *In re P.M.*, 520 S.W.3d 24 (Tex. 2016), reflects upon this court's duties in this appeal. The court in *P.M.* indicated that this court should abate an appeal and refer the case to the trial court for the appointment of new counsel when new counsel is necessary. 520 S.W.3d at 27 n.13. We believe that this appeal must be abated so that the trial court may determine whether the mother desires to prosecute this appeal and whether new counsel should be appointed to represent the mother in this appeal.

Accordingly, we abate this appeal and remand the cause to the trial court so that it may determine whether the mother wishes to prosecute this appeal and, if so, whether new counsel should be appointed in Scaramucci's stead. The trial court is directed to conduct a hearing on or before July 11, 2018.[1] We note that the mother need not appear in person at the hearing and that the trial court may permit her to appear via telephone. The district clerk is directed to file a supplemental

---

[1]We note that this appeal is accelerated, and so far as reasonably possible, this court must ensure that the appeal is brought to final disposition by October 9, 2018, which is 180 days after the notice of appeal was filed in this case. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a).

clerk's record in this court containing the trial court's findings and conclusions and any order entered by the trial court with respect to the mother's desire to pursue this appeal and the appointment of counsel. Additionally, the court reporter is directed to file a reporter's record from the hearing. The supplemental clerk's record and the supplemental reporter's record are due for filing on or before July 23, 2018. Upon the supplemental records being filed, the appeal will be reinstated.

The appeal is abated.

PER CURIAM

June 21, 2018

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[2]

---

[2]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.